SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED ☐ LODGED

**Aug 9 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 22-01886MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/2/22 | 8/2/22 1:48pm | |

INVENTORY MADE IN THE PRESENCE OF

A. Atidy

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

⊖ Nothing Seized

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 8/2/22

Executing Officer's Signature

Alan Book   Postal Inspector
Printed Name and Title